UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES W. SIMMS III )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>THE MILLARD GROUP, INC. and )<br>TEXAS ROADHOUSE HOLDINGS )<br>LLC )<br>)<br>   Defendants | Case No: 4:18-CV-37-SEB-DML |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

1. Plaintiff James W. Simms III permanently resides and is domiciled in Floyd County, Indiana.

2. Defendant The Millard Group, Inc., is an Illinois corporation within its principal place of business in Lincolnwood, Illinois.

3. At all relevant times, Defendant The Millard Group, Inc., provided contract janitorial and floor-cleaning services to the Green Tree Mall in Clarksville, Indiana, through its managers, employees, agents, and assigns.

4. Defendant Texas Roadhouse Holdings LLC, is a Kentucky limited liability company with its principal place of business in Louisville, Kentucky.

5. At all relevant times, Defendant Texas Roadhouse Holdings LLC, owned and operated the Texas Roadhouse restaurant located in the Green Tree Mall in Clarksville, Indiana, through its managers, employees, agents, and assigns.

6. The Complaint alleges a tort injury that occurred in Clark County, Indiana,

making this Court a proper and preferred venue to hear the action.

### COUNT I – NEGLIGENCE OF THE MILLARD GROUP, INC.

7. On or about January 15, 2017, Plaintiff James Simms was exiting the Texas Roadhouse restaurant located at the Green Tree Mall in Clarksville, Indiana.

8. Known to The Millard Group but unknown to Mr. Simms, Millard's floor crew was negligently and carelessly cleaning the mall floor outside of the restaurant, allowing an excessive amount of slippery floor cleaning liquid and/or water to trail behind its floor machine and remain on the floor and failing to warn of the dangerous condition.

9. Upon exiting the restaurant into the Mall, Mr. Simms immediately slipped and fell on the liquid left by The Millard Group.

10. As a direct and proximate result of his fall, Mr. Simms sustained bodily injury.

11. As a direct and proximate result of his bodily injury, Mr. Simms incurred or will incur the following: past and future medical bills and expenses, past and future pain, suffering, and inconvenience, loss of income, and permanent impairment.

### COUNT II – NEGLIGENCE OF TEXAS ROADHOUSE HOLDINGS LLC

12. The factual allegations in Count I are incorporated by reference.

13. Known to Defendant Texas Roadhouse but unknown to Mr. Simms, Texas Roadhouse had placed signs on its doors warning customers not to exit via the mall entrance due to the mall being closed, but the doors were negligently and carelessly left open. Texas Roadhouse further knew that floor cleaning operations took place when the mall was closed.

14. Mr. Simms did not see or appreciate the signs, causing him to walk out of the restaurant via the mall entrance.

15. Due to the negligence of Texas Roadhouse, Mr. Simms walked out of the Mall exit and immediately slipped and fell on the slick floor created by Defendant Millard Group.

16. As a direct and proximate result of his fall, Mr. Simms sustained bodily injury.

17. As a direct and proximate result of his bodily injury, Mr. Simms incurred or will incur the following: past and future medical bills and expenses, past and future pain, suffering, and inconvenience, loss of income, and permanent impairment.

**WHEREFORE**, Plaintiff, James W. Simms III, demands relief against Defendants The Millard Group, Inc., and Texas Roadhouse Holdings LLC, as follows:

1. Judgment against the Defendants, for compensatory damages in an amount in excess of the amount necessary to invoke the jurisdiction of this court and reasonably calculated to compensate Mr. Simms for his damages, to include the following:

   a. Past and future medical expenses;

   b. Past and future lost wages;

   c. Past and future physical and mental pain and suffering, inconvenience, mental anguish, and emotional distress; and

2. Costs herein expended;

3. **Trial by jury**;

4. Judgment interest, where allowed by law; and

5. Any and all other appropriate relief to which Plaintiff may appear to be justly entitled.

*s/ Brandon W. Smith*
Brandon W. Smith
Morgan & Morgan
611 E. Spring St.
New Albany, IN 47150
812.542.0048 (t)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th of August 2018, a copy of the foregoing Motion and was served via the Court's ECF system to the following counsel of record:

James D. Johnson
JACKSON KELLY PLLC
221 N. W. Fifth Street
P.O. Box 1507
Evansville, IN  47706-1507
Telephone: (812) 422-9444
jdjohnson@jacksonkelly.com
*Counsel for Defendant, The Millard Group, Inc.*

Robert C. Rives, IV
Anthony M. Zelli
DINSMORE & SHOHL, LLP
101 South 5th Street, Suite 2500
Louisville, KY 40202
robert.rives@dinsmore.com
*Counsel for Defendant Texas Roadhouse Holdings LLC*

                                            *s/ Brandon W. Smith*
                                            *Counsel for Plaintiff*